# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX BEJARANO,<br>    Petitioner,<br>v.<br>STU SHERMAN, Warden,<br>    Respondent. | CASE NO. 2:16-CV-04701-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Motion to Dismiss Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.[1]

DATED: April 14, 2017

STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Both Petitioner and Respondent consented to proceed before the undersigned U.S. Magistrate Judge for all proceedings and the entry of judgment. See 28 U.S.C. § 636(c)(1).